UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MICHAEL PICARELLA,

                Plaintiff,

    -against-

HSBC (USA) SECURITIES, INC.,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

14-cv-4463 (ALC) (AJP)

**NOTICE OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

      PLEASE TAKE NOTICE that, upon the Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment; Plaintiff's Response to Defendant's Local Civil Rule 56.1 Statement of Material Facts; the Declaration of James R. Hubbard in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment with accompanying exhibits (collectively, "Moving Papers"); and all prior pleadings and proceedings herein, Plaintiff Michael Picarella hereby moves for an order denying Defendant's Motion for Summary Judgment.

      PLEASE TAKE FURTHER NOTICE that the Moving Papers are being served on Defendant HSBC, and courtesy copies delivered to the Court, but that the Moving Papers are not being filed on the Court's docket at this time due to the pendency of various interested parties' motions for protective orders. The Moving Papers shall be filed in accordance with the Court's resolution of those motions.

Dated:   July 17, 2015
         New York, New York

                              Respectfully submitted,

                              LIDDLE & ROBINSON, L.L.P.


                              By: /s/ James R. Hubbard
                                  James R. Hubbard
                                  Marc A. Susswein
                                  800 Third Avenue
                                  New York, New York  10022
                                  (212) 687-8500

                              *Attorneys for Plaintiff Michael Picarella*

# AFFIRMATION OF SERVICE

I, James R. Hubbard, declare under penalty of perjury that I caused to be served on July 17, 2015, this Notice of Motion and the Moving Papers referenced therein upon all other parties in this case by electronic delivery to:

Damien J. Marshall – dmarshall@bsfllp.com

Camille Oberkampf – coberkampf@bsfllp.com

Ilana R. Miller – imiller@bsfllp.com

Joshua J. Libling – jlibling@bsfllp.com

Eugene Scalia – escalia@gibsondunn.com

Gabrielle Levin – glevin@gibsondunn.com

Dated: July 17, 2015

                                           LIDDLE & ROBINSON, L.L.P.

                                           /s/ James R. Hubbard
                                           James R. Hubbard
                                           800 Third Avenue
                                           New York, New York  10022
                                           (212) 687-8500