# LIDDLE & ROBINSON, L.L.P.

800 THIRD AVENUE

NEW YORK, N.Y. 10022

(212) 687-8500

FACSIMILE: (212) 687-1505

www.liddlerobinson.com

EMAIL: lcaton@liddlerobinson.com

MIRIAM M. ROBINSON (RETIRED)

BLAINE H. BORTNICK
JAMES W. HALTER
JAMES R. HUBBARD
JEFFREY L. LIDDLE
DAVID M. MAREK*
CHRISTINE A. PALMIERI
MARC A. SUSSWEIN

*RESIDENT IN PALO ALTO

COUNSEL
READ K. MCCAFFREY*
HON. MELVIN L. SCHWEITZER

SHERRY M. SHORE
MATTHEW J. MCDONALD
ROBERT L. ADLER
LAKEISHA M.A. CATON
ERIN E. LYNCH
KRISTA E. BOLLES
ATOOSA N. ESMAILI
ASA F. SMITH*

*ADMITTED IN THE
DISTRICT OF COLUMBIA,
MARYLAND & MASSACHUSETTS

April 13, 2016

**BY ECF**

The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007-1312

Re:  *Michael Picarella v. HSBC (USA) Securities, Inc.*
     Case No. 14 Civ. 4463 (ALC) (AJP)

Dear Judge Carter:

I would like to request that I be removed from the ECF notifications for the above-referenced case. While Liddle & Robinson, L.L.P. continues to represent Plaintiff Michael Picarella, I am no longer involved in this matter.

Respectfully,

LaKeisha Marie Antoinette Caton