USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-13-16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Michael Picarella,

      Plaintiff,

  -against-         1:14-cv-4463 (ALC)

HSBC (USA) Securities, Inc.,

      Defendant.
------------------------------------------------------------x
James Rist,

      Plaintiff,  1:14-cv-6503 (ALC)

  -against-         <u>ORDER</u>

HSBC (USA) Securities, Inc.,

      Defendant.
------------------------------------------------------------x

ANDREW L. CARTER, JR., United States District Judge:

The parties should submit a joint status report by July 29, 2016.

SO ORDERED.

Dated: April 13, 2016
   New York, New York

              _____
              ANDREW L. CARTER, JR.
              United States District Judge