UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL

-------------------------------------------------------------- x

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-1-16

    The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

    ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned  Michael Picarella v. HSBC (USA) Securities, Inc.

_____, No. 14-cv-4463 .

The date(s) for which such authorization is provided is (are) Dec. 2, 2016 - Dec. 14, 2016 .

| Attorney | Device(s) |
| --- | --- |
| 1. [see attached extra sheet] | |
| 2. | |
| 3. | |

*(Attach Extra Sheet If Needed)*

    The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: 12-1-16

_____
United States Judge

Revised: February 26, 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
_____ x

| Attorney | Device(s) |
| --- | --- |
| 1. Randall Jackson | Cellular telephone, laptop computer, iPad |
| 2. Ilana Miller | Cellular telephone, laptop computer |
| 3. Laura Harris | Cellular telephone, laptop computer |
| 4. David Simons | Cellular telephone, laptop computer, printer |
| 5. Nicholas Standish | Cellular telephone, laptop computer, two computer monitors, A/V switch, powered speakers |
| 6. Gabrielle Levin | Cellular telephone, laptop computer |
| 7. Chantale Fiebig | Cellular telephone, laptop computer |
| 8. Christopher Smith | Cellular telephone, laptop computer |
| 9. Arial Santamaria | Cellular telephone, laptop computer |
| 10. Amy Castellanos | Cellular telephone, laptop computer |
| 11. Dominique Jones | Cellular telephone, laptop computer |
| 12. John Walpole | Cellular telephone, laptop computer |
| 13. Jane Kauh | Cellular telephone, laptop computer |
| 14. Emma Rosen | Cellular telephone, laptop computer |