# EXHIBIT A

## Plaintiff's 12/5/16 Amended List of Exhibits

| Pl. Ex. # | Date | Description | Bates Number | Objection |
|---|---|---|---|---|
| 1 | 4/26/2010 | Meeting Notes Hedges and Jang | HSBCPIC-RIST00002197 | None |
| 2 | 5/9/2011 | Sametime Chat Patel and Hedges | HSBC-ST00004464 | Relevance; Hearsay; Foundation |
| 3 | 5/18/2011 | Sametime Chat DeLuca and Doe | HSBCDLTDOC-00010583 | Relevance; Hearsay; Foundation |
| 4 | 5/23/2011 | Sametime Chat Baldwin and Hedges | HSBC-ST00001931 | Relevance; Hearsay; Foundation |
| 5 | 6/7/2011 | Sametime Chat Hedges and Doe | HSBCPIC00003504 | Relevance; Hearsay; Foundation |
| 6 | 6/21/2011 | Sametime Chat Hedges and Picarella | HSBC-ST00003832 | None |
| 7 | 6/23/2011 | Sametime Chat Picarella and Hedges | HSBC-ST00003825-3826 | Relevance; Hearsay |
| 8 | 6/24/2011 | Sametime Chat Hedges and Picarella | HSBC-ST00003844 | None |
| 9 | 6/27/2011 | Sametime Chat Picarella and Hedges | HSBC-ST00006001 | Relevance; Hearsay; Foundation |
| 10 | 7/7/2011 | Sametime Chat Doe and DeLuca | HSBC-ST00000340 | Relevance; Prejudicial |
| 11 | 7/22/2011 | Sametime Chat Doe and DeLuca | HSBC-ST00000179 | Relevance; Hearsay |
| 12 | 7/26/2011 | Sametime Chat DeLuca and Doe | HSBC-ST00000186-187 | Relevance; Hearsay; Foundation |
| 13 | 7/28/2011 | Sametime Chat White and Hedges | HSBC-ST00003616 | Relevance; Hearsay; Foundation |
| 14 | 8/7/2011 | Sametime Chat Hedges and Picarella | HSBC-ST00003882 | Relevance; Hearsay |
| 15 | 8/9/2011 | Sametime Chat Picarella and Hedges | HSBC-ST00003881 | Hearsay |
| 16 | 8/11/2011 | Sametime Chat Doe and DeLuca | HSBC-ST00000082 | Relevance; Hearsay |
| 17 | 8/15/2011 | Sametime Chat Hedges and Gottardi | HSBC-ST00002407-2408 | Relevance; Hearsay; Foundation |
| 18 | 8/16/2011 | Sametime Chat DeLuca and Doe | HSBC-ST00000157-159 | Relevance; Hearsay |
| 19 | 8/17/2011 | Mid-Year Manager Review | HSBCPIC00000095-99 | None |

| Pl. Ex. # | Date | Description | Bates Number | Objection |
|---|---|---|---|---|
| 20 | 8/18/2011 | Sametime Chat McNierney and Doe | HSBC-ST00000138 | Relevance; Hearsay |
| 21 | 8/23/2011 | Sametime Chat Picarella and Hedges | HSBC-ST00003556 | None |
| 22 | 8/24/2011 | Sametime Chat Murray and Rogers | HSBC-ST00007060 | Relevance; Hearsay; Foundation |
| 23 | 8/25/2011 | Sametime Chat Hedges and Barino | HSBC-ST00002419 | Relevance; Hearsay; Prejudicial |
| 24 | 8/25/2011 | Sametime Chat Barino and Hedges | HSBC-ST00002418 | Relevance; Hearsay |
| 25 | 9/6/2011 | Sametime Chat Massey and Hedges | HSBC-ST00002416 | Hearsay |
| 26 | 9/7/2011 | Sametime Chat Hedges and Barino | HSBC-ST00002298-2299 | Relevance; Hearsay |
| 27 | 9/8/2011 | Sametime Chat Bottorff and Hedges | HSBC-ST00002312 | Relevance; Hearsay |
| 28 | 9/13/2011 | Sametime Chat Picarella and Hedges | HSBC-ST00006097 | Relevance; Hearsay; Foundation |
| 29 | 9/16/2011 | Sametime Chat Hedges and Picarella | HSBC-ST00003516 | Relevance; Hearsay |
| 30 | 9/23/2011 | Sametime Chat DeLuca and Doe | HSBC-ST00000241 | Relevance; Hearsay |
| 31 | 9/26/2011 | Sametime Chat DeLuca and Doe | HSBC-ST00000231 | Relevance; Hearsay; Prejudicial; Foundation |
| 32 | 9/26/2011 | Sametime Chat DeLuca and Doe | HSBC-ST00000235 | Relevance; Hearsay |
| 33 | 10/4/2011 | Sametime Chat Dalton and Hedges | HSBC-ST00002325 | Relevance; Hearsay |
| 34 | 10/6/2011 | Sametime Chat Picarella and DeLuca | HSBC-ST00003954 | Relevance; Hearsay |
| 35 | 10/11/2011 | Sametime Chat DeLuca and Doe | HSBC-ST00000675 | Relevance; Hearsay; Foundation |
| 36 | 10/11/2011 | Sametime Chat DeLuca and Doe | HSBC-ST00000662-663 | Relevance; Hearsay |
| 37 | 10/11/2011 | Sametime Chat Doe and DeLuca | HSBC-ST00000682 | Relevance; Hearsay; Foundation |
| 38 | 10/27/2011 | Sametime Chat DeLuca and Doe | HSBC-ST00000812 | Relevance; Hearsay; Foundation |
| 39 | 10/31/2011 | Sametime Chat Doe and DeLuca | HSBC-ST00000842-844 | Hearsay |
| 40 | 11/10/2011 | Email Hedges to Baldwin | HSBCDLTDOC-00011476 | Relevance; Hearsay |

| Pl. Ex. # | Date | Description | Bates Number | Objection |
|---|---|---|---|---|
| 41 | 11/11/2011 | Email Hedges to Bottorff | HSBCDLTDOC-00011530-11531 | Relevance; Hearsay |
| 42 | 11/14/2011 | Sametime Chat Hedges and Baldwin | HSBCDLTDOC-00021690 | Relevance; Hearsay |
| 43 | 11/14/2011 | Sametime Chat Murray and Hedges | HSBC-ST00004936 | Relevance; Hearsay |
| 44 | 11/18/2011 | Email Hedges to Havraniak | HSBCDLTDOC-00011595-11598 | Relevance; Hearsay |
| 45 | 12/1/2011 | Sametime Chat Picarella and Rogers | HSBC-ST00003943 | None |
| 46 | 12/7/2011 | Sametime Chat DeLuca and Doe | HSBC-ST00000541-542 | None |
| 47 | 12/15/2011 | Sametime Chat Hedges and Jang | HSBC-ST00004860 | Relevance; Prejudicial |
| 48 | 12/16/2011 | Email Picarella to Freer | Picarella000636-645 | None |
| 49 | 12/16/2011 | Sametime Chat Hedges and Jang | HSBC-ST00002442 | Relevance |
| 50 | 12/21/2011 | Year-End Manager Review | HSBCPIC00000106-107 | None |
| 51 | 12/21/2011 | Year-End Manager Review | HSBCPIC00001914-1915 | Duplicative |
| 52 | 5/5/2011-12/31/2011 | Year-End Self-Assessment | HSBCPIC00002003-2004 | None |
| 53 | 1/25/2012 | Sametime Chat Doe and DeLuca | HSBCPIC00003506 | Relevance; Hearsay |
| 54 | 1/25/2012 | Sametime Chat DeLuca and Doe | HSBCPIC00003508 | Relevance; Hearsay; Prejudicial; Foundation |
| 55 | 2/4/2012 | Email Hedges to Doe | HSBCDLTDOC-00019126-19128 | Relevance; Hearsay |
| 56 | 2/7/2012 | Email Hedges to Doe | HBSCDLTDOC-00019183-19184 | Relevance; Hearsay |
| 57 | 3/3/2012 | Email Hedges to Weiss | HSBCDLTDOC-00011742 | Relevance; Hearsay; Completeness |
| 58 | 3/3/2012 | Email Hedges to Weiss | HSBCDLTDOC-00011745-11746 | Relevance; Hearsay |
| 59 | 3/6/2012 | Email Hedges to Calarco | HSBCDLTDOC-00011787-11788 | Relevance; Hearsay |
| 60 | 3/7/2012 | Sametime Chat Hedges and Baldwin | HSBCDLTDOC-00021726 | Relevance; Hearsay; Foundation |
| 61 | 3/8/2012 | Email Hedges to Weiss | HSBCDLTDOC-00011804-11805 | Relevance; Hearsay |

| Pl. Ex. # | Date | Description | Bates Number | Objection |
|---|---|---|---|---|
| 62 | 3/14/2012 | Sametime Chat Hedges and Doe | HSBCPIC00005064 | None |
| 63 | 4/2/2012 | Sametime Chat Doe and Kaminsky | HSBCDLTDOC-00011245-11246 | Relevance; Hearsay |
| 64 | 4/2/2012 | Email Hedges to Michael Picarella | HSBCPIC00000943 | None |
| 65 | 4/9/2012 | Sametime Chat Hedges and Doe | HSBC-ST00003227 | None |
| 66 | 4/9/2012 | Sametime Chat Hedges and Doe | HSBC-ST00003232 | None |
| 67 | 4/9/2012 | Sametime Chat Hedges and White | HSBC-ST00003609 | None |
| 68 | 4/11/2012 | Email Weiss to Weiss | HSBCPIC-RIST00001535 | None |
| 69 | 4/12/2012 | Sametime Chat Hedges and Doe | HSBC-ST00003254 | None |
| 70 | 4/12/2012 | Sametime Chat Hedges and Patel | HSBC-ST00001913 | None |
| 71 | 4/12/2012 | Sametime Chat Hedges and Doe | HSBCDLTDOC-00011294 | Relevance; Hearsay; Foundation |
| 72 | 4/12/2012 | Sametime Chat Hedges and Doe | HSBCDLTDOC-00011295 | Relevance; Hearsay; Foundation |
| 73 | 4/12/2012 | Sametime Chat Hedges and Doe | HSBCDLTDOC-00011296 | None |
| 74 | 4/13/2012 | Email Picarella to Weiss | HSBCPIC00007110 | Completeness |
| 75 | 4/13/2012 | Email Weiss to Picarella | HSBCPIC00007113 | None |
| 76 | 4/16/2012 | Sametime Chat Hedges and Jenner | HSBC-ST00001923 | None |
| 77 | 4/16/2012 | Sametime Chat Doe and Hedges | HSBCDLTDOC-00011303 | None |
| 78 | 4/16/2012 | Sametime Chat Doe and Eileen Hedges | HSBCDLTDOC-00011305 | None |
| 79 | 4/16/2012 | Sametime Chat Carol Jenner and Smith | HSBC-ST00002695 | Relevance; Hearsay; Foundation |
| 80 | 4/16/2012 | Sametime Chat Doe and Hedges | HSBC-ST00003248 | None |
| 81 | 4/16/2012 | Email Weiss to Weiss | HSBCPIC-RIST00001444-1445 | None |
| 82 | 4/17/2012 | Sametime Chat Doe and Hedges | HSBCDLTDOC-00011307 | None |
| 83 | 4/18/2012 | Email Weiss to Weiss | HSBCPIC00007026 | None |

| Pl. Ex. # | Date | Description | Bates Number | Objection |
|---|---|---|---|---|
| 84 | 4/19/2012 | Email Picarella to Weiss | HSBCPIC00007128-7129 | None |
| 85 | 4/23/2012 | Calendar Entry Notice | HSBCPIC00005234 | None |
| 86 | 4/25/2012 | Sametime Chat Hedges and Doe | HSBC-ST00003085 | Relevance; Hearsay |
| 87 | 4/25/2012 | Email Weiss to Weiss | HSBCPIC00001997 | None |
| 88 | 4/26/2012 | Email Weiss to Picarella | HSBCPIC00001077 | None |
| 89 | 4/26/2012 | Email Picarella to Weiss | HSBCPIC00001704-1705 | None |
| 90 | 4/27/2012 | Sametime Chat Hedges and Baldwin | HSBC-ST00001835 | Relevance; Hearsay; Foundation |
| 91 | 4/30/2012 | Calendar Entry Notice | HSBCPIC00004918 | None |
| 92 | 5/1/2012 | Sametime Chat Hedges and Doe | HSBC-ST00005348 | Relevance; Hearsay; Foundation |
| 93 | 5/1/2012 | Sametime Chat Doe and Hedges | HSBC-ST00003070 | Relevance; Hearsay |
| 94 | 5/3/2012 | Sametime Chat Doe and DeLuca | HSBCDLTDOC-00010458 | Relevance; Hearsay |
| 95 | 5/7/2012 | Email Hedges to Weiss | HSBCPIC-RIST00002290 | Relevance; Hearsay; Completeness |
| 96 | 5/7/2012 | Email Hedges to Weiss | HSBCPIC-RIS00002291-2292 | Relevance; Hearsay |
| 97 | 5/7/2012 | Email Jang to Weiss | HSBCPIC-RIST00002696 | None |
| 98 | 5/22/2012 | Sametime Chat Hedges and DeRose | HSBC-ST00001868-1869 | Relevance; Hearsay; Prejudicial |
| 99 | 5/30/2012 | Email Weiss to Weiss | HSBCPIC-RIST00002267-2268 | None |
| 100 | 5/31/2012 | Email White to Hedges | HSBCPIC00007197 | Relevance; Hearsay |
| 101 | 5/31/2012 | Email White to Hedges | HSBCDLTDOC-00012105-12106 | Relevance; Hearsay |
| 102 | 5/31/2012 | Email Li to Weiss | HSBCPIC-RIST00002326 | Relevance; Hearsay; Inadmissible per stipulation |
| 103 | 5/31/2012 | Sametime Chat Murray and Hedges | HSBCDLTDOC-00000022 | Relevance; Hearsay; Foundation |
| 104 | 5/31/2012 | Sametime Chat Murray and Hedges | HSBC-ST00006960 | Duplicative; Relevance; Hearsay; Foundation |
| 105 | 5/31/2012 | Sametime Chat Doe and Hedges | HSBC-ST00003133 | Relevance; Hearsay |

| Pl. Ex. # | Date | Description | Bates Number | Objection |
|---|---|---|---|---|
| 106 | 6/1/2012 | Sametime Chat Jenner and Hedges | HSBC-ST00001850 | Relevance; Hearsay |
| 107 | 6/15/2012 | Email Hedges to Rogers | HSBCPIC00002821-2824 | None |
| 108 | 6/25/2012 | Sametime Chat Saez and Hedges | HSBC-ST00002169 | Relevance; Hearsay; Inadmissible per stipulation |
| 109 | 6/25/2012 | Email Weiss to Weiss | HSBCPIC-RIST00001196 | None |
| 110 | 6/26/2012 | Sametime Chat Jenner and Hedges | HSBC-ST00002162 | None |
| 111 | 6/28/2012 | Meeting notes | HSBCPIC-RIST00002204-2206 | None |
| 112 | 7/1/2012 | Email Weiss to Weiss | HSBCPIC-RIST00001263-1264 | None |
| 113 | 7/1/2012 | Email Picarella to Weiss | HSBCPIC00001702-1703 | None |
| 114 | 7/2/2012 | Sametime Chat Jenner and White | HSBC-ST00003632 | Relevance; Hearsay; Foundation |
| 115 | 7/5/2012 | Email Whang to Weiss | HSBCPIC-RIST00002327-2328 | None |
| 116 | 7/6/2012 | Sametime Chat White and Jenner | HSBC-ST00003655 | Relevance; Hearsay; Foundation |
| 117 | 7/12/2012 | Sametime Chat Jang and Whang | HSBC-ST00006835 | Relevance; Hearsay |
| 118 | 7/23/2012 | Meeting Notes, Hedges and Jang | HSBCPIC-RIST00002200-2201 | None |
| 119 | 7/23/2012 | Meeting Notes, Hedges and Jang | HSBCPIC-RIST00002198-2199 | None |
| 120 | 7/24/2012 | Discussion Notes, Hedges and Jang | HSBCPIC-RIST00002202 | None |
| 121 | 7/25/2012 | Email Weiss to Weiss | HSBCPIC00002005 | None |
| 122 | 7/26/2012 | Email Picarella to Weiss | HSBCPIC-RIST00001030-1033 | None |
| 123 | 7/26/2012 | Email Li to Weiss | HSBCPIC00002000-2004 | None |
| 124 | 7/30/2012 | Email White to Park, Jang and Weiss | HSBCPIC-RIST00003186-3189 | None |
| 125 | 7/30/2012 | Email Pizzimbono to Pizzimbono | HSBCPIC00006978 | None |
| 126 | 8/27/2012 | Final Written Warning to Hedges | HSBCPIC-RIST00002203 | None |
| 127 | 8/31/2012 | Email Li to Jang | HSBCPIC00001910-1922 | Completeness |
| 128 | 8/31/2012 | Email Jang to Weiss | HSBCPIC00001923-1925 | None |

| Pl. Ex. # | Date | Description | Bates Number | Objection |
|---|---|---|---|---|
| 129 | 8/2012 | GB&M Suitability and Dodd-Frank | Picarella004820-4826 | Best evidence; Relevance; Hearsay; Foundation |
| 130 | 9/7/2012 | Email Picarella to Pizzimbono | HSBCPIC00001538 | None |
| 131 | 9/10/2012 | Email Whang to Weiss | HSBCPIC-RIST00002271-2272 | Relevance; Hearsay; Prejudicial; Sensitive and confidential personnel information |
| 132 | 9/11/2012 | Email Weiss to White | HSBCPIC00001956 1957 | Hearsay |
| 133 | 9/11/2012 | Email Picarella to Pizzimbono | HSBCPIC00007011 | Relevance; Hearsay; Foundation |
| 134 | 9/11/2012 | Email Pizzimbono to White and Weiss | HSBCPIC00001937-1938 | None |
| 135 | 9/11/2012 | Sametime Chat White and Hedges | HSBC-ST00003622 | Relevance; Hearsay |
| 136 | 9/12/2012 | Email White to Weiss | HSBCPIC00001977-1979 | Hearsay; Completeness |
| 137 | 9/12/2012 | Email White to Pizzimbono | HSBCPIC00006986 | Relevance; Hearsay; Foundation |
| 138 | 9/13/2012 | Email White to Weiss | HSBCPIC-RIST00002252-2253 | None |
| 139 | 9/14/2012 | Email White to Picarella | HSBCPIC00005144-5145 | Completeness |
| 140 | 9/14/2012 | Sametime Chat White and Hedges | HSBC-ST00003625 | Relevance; Hearsay; Foundation |
| 141 | 9/18/2012 | Email White to Picarella | HSBCPIC00001786-1788 | None |
| 142 | 9/18/2012 | Email White to Picarella | HSBCPIC00001795-1797 | None |
| 143 | 9/18/2012 | Email Picarella to Bilbrey | HSBCPIC00006315 | Hearsay; Completeness |
| 144 | 9/21/2012 | Email Pak to Descamps, White, and Pizzimbono | HSBCPIC00001941 to HSBCPIC00001945 | Relevance; Completeness |
| 145 | 9/24/2012 | Record of Investigation | HSBCPIC00012481-12486 | None |
| 146 | 9/24/2012 | Mid-Year Manager Review | HSBCPIC00000100-105 | None |
| 147 | 9/26/2012 | Sametime Chat Malanga and Kane | HSBC-ST00000062 | Hearsay; Foundation |

| Pl. Ex. # | Date | Description | Bates Number | Objection |
|---|---|---|---|---|
| 148 | 10/2/2012 | Malanga Notes, Picarella Meeting | HSBCPIC-RIST00003073-3077 | Best evidence; Hearsay |
| 149 | 10/2/2012 | Email Picarella to Malanga | HSBCPIC052887-52889 | None |
| 150 | 10/3/2012 | Picarella/Malanga Notes | HSBCPIC00000025 | Best evidence; Hearsay; Completeness |
| 151 | 10/4/2012 | Email Malanga to Picarella | Picarella002429-2430 | Best evidence; Hearsay |
| 152 | 10/5/2012 | Email White to Picarella | HSBCPIC00005146-5147 | Completeness |
| 153 | 10/5/2012 | Email White to Picarella | HSBCPIC00001790-1794 | None |
| 154 | 10/9/2012 | Email White to Feau | HSBCPIC00007204 | Relevance; Hearsay; Completeness |
| 155 | 10/9/2012 | Email Malanga to Picarella | Picarella002483-2487 | None |
| 156 | 10/9/2012 | Sametime Chat White and Jenner | HSBC-ST00003654 | Relevance; Hearsay |
| 157 | 10/10/2012 | Email Weiss to Weiss | HSBCPIC-RIST00002269 | Hearsay; Completeness; Privilege |
| 158 | 10/10/2012 | Email Weiss to Weiss | HSBCPIC-RIST00002275 | Hearsay; Privilege |
| 159 | 10/11/2012 | Email Picarella to Bilbrey, Malanga, and Harmon | HSBCPIC00000001-9 | None |
| 160 | 10/12/2012 | Sametime Chat Jenner and White | HSBC-ST00006886 | Relevance; Hearsay; Completeness |
| 161 | 10/25/2012 | Email Hatem to Malanga | HSBCPIC-RIST00000586-587 | Hearsay; Completeness |
| 162 | 12/11/2012 | Email Weiss to Weiss | HSBCPIC-RIST00002322 | Relevance; Hearsay; Privilege |
| 163 | 12/18/2012 | Email Picarella to White | HSBCPIC00002319-2325 | None |
| 164 | 1/16/2013 | Email Picarella to Bilbrey | HSBCPIC00004943 | None |
| 165 | 1/17/2013 | Email Picarella to Bilbrey | HSBCPIC00004944 | None |
| 166 | 1/18/2013 | Email Picarella to Bilbrey | Picarella002836 | Completeness |

| Pl. Ex. # | Date | Description | Bates Number | Objection |
|---|---|---|---|---|
| 167 | 1/23/2013 | Email Whang to Weiss | HSBCPIC-RIST00002283-2284 | Relevance; Hearsay; Sensitive and confidential personnel information |
| 168 | 1/30/2013 | Email Doernberg to Jenner and White | HSBCPIC00006692 | Hearsay |
| 169 | 2/5/2013 | Sametime Chat Sparks and Jenner | HSBC-ST00001595 | Relevance; Hearsay |
| 170 | 2/7/2013 | Email Anthony to Jenner | HSBCPIC00006520-6521 | Hearsay |
| 171 | 2/8/2013 | Email O'Leary to Jenner | HSBCPIC00006529 | Hearsay |
| 172 | 2/10/2013 | Email Wilens to Jenner | HSBCPIC00006526-6527 | Hearsay |
| 173 | 2/11/2013 | Email Bliss to Jenner | HSBCPIC00006528 | Hearsay |
| 174 | 2/11/2013 | Email Valdes to Jenner | HSBCPIC00006522 | Hearsay |
| 175 | 2/12/2013 | Email Picarella to Pizzimbono | HSBCPIC-RIST00002258-2260 | Hearsay; Completeness |
| 176 | 2/12/2013 | Email Nicotra to Jenner | HSBCPIC00006523-6525 | Hearsay |
| 177 | 2/13/2013 | Email Peison to Jenner | HSBCPIC00006536 | None |
| 178 | 2/13/2013 | Email Picarella to Brady | HSBCPIC00004456-4459 | Hearsay |
| 179 | 2/13/2013 | Email Lashmet to Jenner | HSBCPIC00006535 | Hearsay |
| 180 | 2/25/2013 | Email Park to White | HSBCPIC00007316-7317 | None |
| 181 | 2/27/2013 | Email Park to White | HSBCPIC00007314 | Hearsay |
| 182 | 3/5/2013 | Email Park to Weiss | HSBCPIC00023530-23531 | None |
| 183 | 3/20/2013 | Email Bilbrey to Picarella | HSBCPIC00012859-12860 | None |
| 184 | 3/2013 | Organizational Charts | HSBCPIC-RIST00000537-562 | None |
| 185 | 4/22/2013 | Email Jong to Weiss; Park, Whang, Hunter, and Pak | HSBCPIC-RIST00003252-3254 | Relevance; Hearsay; Sensitive and confidential personnel information |
| 186 | 4/23/2013 | Email Picarella to Pizzimbono | HSBCPIC00005068-5069 | Hearsay; Completeness |
| 187 | 4/24/2013 | Email Picarella to Picarella | HSBCPIC00003183 3184 | Authenticity; Foundation |
| 188 | 4/30/2013 | Email Montgomerie to Weiss | HSBCPIC00007073 | Relevance; Hearsay |

| Pl. Ex. # | Date | Description | Bates Number | Objection |
|---|---|---|---|---|
| 189 | 5/8/2013 | Email Karam to Pizzimbono | HSBCPIC00001946-1949 | Relevance; Hearsay |
| 190 | 5/13/2013 | Year-End Manager Review | HSBCPIC00000108-114 | None |
| 191 | 5/21/2013 | Sametime Chat Jenner and Karam | HSBC-ST00001614-1617 | None |
| 192 | 5/23/2013 | Sametime Chat Karam and Jenner | HSBC-ST00002748 | Relevance; Hearsay |
| 193 | 6/7/2013 | Sametime Chat Jenner and Karam | HSBC-ST00001575 | None |
| 194 | 6/25/2013 | Email Levelis to Pizzimbono | HSBCPIC00023369-23371 | Relevance; Hearsay |
| 195 | 7/2/2013 | Sametime Chat Karam and Jenner | HSBC-ST00001567-1568 | None |
| 196 | 7/2/2013 | Sametime Chat Karam and Jenner | HSBC-ST00001567-1568 | Hearsay; Foundation |
| 197 | 7/11/2013 | Email Karam to White | HSBCPIC00005024 | Hearsay |
| 198 | 8/8/2013 | Email Karam to Picarella | HSBCPIC00005035-5036 | Completeness |
| 199 | 9/18/2013 | Sametime Chat Jenner and Karam | HSBC-ST00001576 | Relevance; Hearsay |
| 200 | 9/18/2013 | Email Karam to White | HSBCPIC00022487-22492 | None |
| 201 | 9/18/2013 | Email White to Karam | HSBCPIC00005857-5863 | None |
| 202 | 9/19/2013 | Sametime Chat Jenner and Karam | HSBC-ST00002596-2598 | None |
| 203 | 9/19/2013 | Sametime Chat Karam and Edelman | HSBC-ST00002761-2762 | Relevance; Hearsay; Prejudicial; Foundation |
| 204 | 9/23/2013 | Email Karam to Picarella | HSBCPIC00004954-4958 | None |
| 205 | 9/23/2013 | Email Picarella to Bilbrey and Alderoty | HSBCPIC00004945-4953 | None |
| 206 | 9/27/2013 | Email Karam to Picarella | HSBCPIC00004965-4973 | None |
| 207 | 10/2/2013 | Sametime Chat Karam and Jenner | HSBC-ST00001582 | Relevance; Hearsay; Foundation |
| 208 | 10/11/2013 | Sametime Chat Long and Karam | HSBC-ST00001651 | Relevance; Hearsay |
| 209 | 10/17/2013 | Email Rose to Karam | HSBCPIC00005884-5886 | Relevance; Hearsay |
| 210 | 11/25/2013 | Email Picarella to Bilbrey | HSBCPIC00001727 | None |

| Pl. Ex. # | Date | Description | Bates Number | Objection |
|---|---|---|---|---|
| 211 | 12/10/2013 | Mid-Year Manager Review | HSBCPIC00000122-126 | None |
| 212 | 1/8/2014 | Email Karam to Picarella | HSBCPIC00001156-1167 | None |
| 213 | 1/27/2014 | Email Pizzimbono to Picarella | HSBCPIC00002590-2591 | None |
| 214 | 1/29/2014 | Email Karam to Karam and Kartik | HSBCPIC00006016-6026 | Relevance; Hearsay; Foundation |
| 215 | 2/25/2014 | Email Picarella to Karam | HSBCPIC00001522-1528 | None |
| 216 | 3/14/2014 | Email Jang to Weiss, Park, Whang, Reid, and Li | HSBCPIC-RIST00002281 | Relevance; Hearsay; Sensitive and confidential personnel information |
| 217 | 4/14/2014 | Email Georgs to Karam | HSBCPIC00002704-2707 | Hearsay |
| 218 | 5/2/2014 | Email Picarella to Karam | HSBCPIC00002244-2250 | None |
| 219 | 5/14/2014 | Email Jang to Weiss, Park, and Whang | HSBCPIC00007072 | Sensitive and confidential personnel information |
| 220 | 5/16/2014 | Year-End Manager Review | HSBCPIC00000127-130 | None |
| 221 | 5/23/2014 | Email Karam to Picarella | HSBCPIC00005079 | None |
| 222 | 6/10/2014 | Email Picarella to Picarella | HSBCPIC00004549-4553 | Completeness |
| 223 | 11/2011-6/2014 | Monthly Calendars | PICARELLA001829-1911 | Best evidence; Authenticity; Hearsay |
| 224 | 8/19/2014 | Email Weiss to Weiss | HSBCPIC00002572-2573 | None |
| 225 | 9/24/2014 | Email Picarella to Karam | HSBCPIC00006172-6173 | Completeness |
| 226 | 10/6/2014 | Email Picarella to Karam | HSBCPIC00006209-6212 | Completeness |
| 227 | 10/8/2014 | Email Karam to Picarella | HSBCPIC00002451-2456 | Completeness |
| 228 | 10/8/2014 | Email Picarella to Karam | HSBCPIC00002444-2450 | Completeness |
| 229 | 10/10/2014 | Email Picarella to Karam and Malanga | HSBCPIC00006189-6191 | Completeness |

| Pl. Ex. # | Date | Description | Bates Number | Objection |
|---|---|---|---|---|
| 230 | 10/15/2014 | Email Malanga to Picarella | HSBCPIC00002496-2499 | None |
| 231 | 10/20/2014 | Email Picarella to Bilbrey | HSBCPIC00002278-2284 | Completeness |
| 232 | 11/17/2014 | Email Picarella to Karam | HSBCPIC00002598-2608 | Completeness |
| 233 | 11/20/2014 | Email Li to Weiss | HSBCPIC00007151 | Relevance; Hearsay |
| 234 | 11/21/2014 | Email Picarella to Karam | HSBCPIC00006975 | Completeness |
| 235 | 11/21/2014 | Mid-Year Manager Review | HSBCPIC00000079-85 | None |
| 236 | 11/22/2014 | Mid-Year Review 2014 | HSBCPIC00000115-121 | None |
| 237 | 11/24/2014 | Email Picarella to Bilbrey | HSBCPIC00004984 | None |
| 238 | 11/24/2014 | Email Picarella to Bilbrey | HSBCPIC00006977 | None |
| 239 | 11/25/2014 | Record of Investigation | HSBCPIC00005457-5458 | None |
| 240 | 11/26/2014 | Email Picarella to Picarella | Picarella005545-5564 | Hearsay |
| 241 | 11/26/2014 | Email Malanga to Picarella | HSBCPIC00004985-4987 | None |
| 242 | 12/1/2014 | Email Picarella to Bilbrey and Malanga | HSBCPIC000074657 467 | None |
| 243 | 1/12/2015 | Record of Investigation | HSBCPIC00005453-5456 | None |
| 244 | 1/15/2015 | Letter Marshall to Hubbard | Exhibit 1, Deposition of Roskell | None |
| 245 | 2/11/2015 | NY Post article: "HSBC singles out worker for leaks: sources" | None | None |
| 246 | 3/31/2015 | Kutas Memorandum re: NY Post Inquiry | HSBCPIC00005260-5263 | None |
| 247 | 3/26/2015 | Letter Roskell to Picarella | HSBCPIC00005259 | None |
| 248 | 5/1/2011 | HSBC US Employee Handbook | HSBCPIC-RIST00000033-150 | None |
| 249 | 5/5/2011 | Role Profile – Michael W. Picarella | Picarella000670-675 | None |
| 250 | 5/5/2011 | Role Profile – Eileen F. Hedges | Picarella000676-681 | None |
| 251 | 10/14/2011 | Sametime Chat DeLuca and Doe | HSBC-ST00000171-172 | Relevance, Hearsay, Foundation |

| Pl. Ex. # | Date | Description | Bates Number | Objection |
|---|---|---|---|---|
| 252 | 2/6/2012 | Email Picarella to Hedges | Picarella000781 | Authenticity; Best evidence; Completeness; Relevance; Hearsay |
| 253 | 2/28/2012 | Email Picarella to Hedges | Picarella000794 | Authenticity; Best evidence; Completeness; Relevance; Hearsay |
| 254 | 8/9/2012 | Email Picarella to Pizzimbono | Picarella000917-919 | Authenticity; Best evidence; Completeness; Relevance; Hearsay |
| 255 | 8/15/2012 | Email Picarella to Pizzimbono | Picarella000931-932 | Authenticity; Best evidence; Completeness; Relevance; Hearsay |
| 256 | 9/4/2012 | Email Picarella to Pizzimbono | Picarella000933 | Authenticity; Best evidence; Completeness; Relevance; Hearsay |
| 257 | 9/6/2012 | Email Picarella to Pizzimbono | Picarella000934-940 | Authenticity; Best evidence; Completeness; Relevance; Hearsay |
| 258 | 9/11/2012 | Email Picarella to Pizzimbono | Picarella000965 | Authenticity; Best evidence; Completeness; Relevance; Hearsay |
| 259 | 9/12/2012 | Email Picarella to Pizzimbono and White | Picarella000966-967 | Authenticity; Best evidence; Completeness |
| 260 | 9/12/2012 | Email Picarella to Hedges | Picarella000968-970 | Authenticity; Best evidence; Completeness; Relevance; Hearsay |
| 261 | 9/14/2012 | Email Picarella to White and Pizzimbono | Picarella000971 | Authenticity; Best evidence; Completeness |
| 262 | 9/19/2012 | Email Picarella to Jenner | Picarella000994-995 | Authenticity; Best evidence; Completeness; Relevance; Hearsay |

| Pl. Ex. # | Date | Description | Bates Number | Objection |
|---|---|---|---|---|
| 263 | 9/20/2012 | Email Picarella to Bilbrey | Picarella001000-1001 | Authenticity; Best evidence; Completeness; Hearsay |
| 264 | 9/25/2012 | Email Picarella to Agonis | Picaerlla001009-1011 | Authenticity; Best evidence; Completeness; Relevance; Hearsay |
| 265 | 10/5/2012 | Email Picarella to Jenner and White | Picarella001033-1034 | Authenticity; Best evidence; Completeness |
| 266 | 10/11/2012 | Email Picarella to Feau and Temkim | Picarella001035-1037 | Authenticity; Best evidence; Completeness; Relevance; Hearsay |
| 267 | 10/22/2012 | Email Picarella to Jenner | Picarella001056 | Authenticity; Best evidence; Completeness; Relevance; Hearsay |
| 268 | 10/22/2012 | Email Picarella to Jenner | Picarella001057-1058 | Authenticity; Best evidence; Completeness; Relevance; Hearsay |
| 269 | 10/23/2012 | Email Picarella to Jenner | Picarella001059-1060 | Authenticity; Best evidence; Completeness; Relevance; Hearsay |
| 270 | 10/24/2012 | Email Picarella to Jenner | Picarella001061-1062 | Authenticity; Best evidence; Completeness; Relevance; Hearsay |
| 271 | 11/13/2012 | Email Picarella to Jenner | Picarella001069-1074 | Authenticity; Best evidence; Completeness; Relevance; Hearsay |
| 272 | 11/15/2012 | Email Picarella to Jenner | Picarella001077-1079 | Authenticity; Best evidence; Completeness; Relevance; Hearsay |
| 273 | 11/27/2012 | Email Picarella to White | Picarella001083-1095 | Authenticity; Best evidence; Completeness |

| Pl. Ex. # | Date | Description | Bates Number | Objection |
|---|---|---|---|---|
| 274 | 11/27/2012 | Email Picarella to Bilbrey | Picarella001144-1147 | Authenticity; Best evidence; Completeness |
| 275 | 12/13/2012 | Email Picarella to Jenner | Picarella001156 | Authenticity; Best evidence; Completeness; Relevance; Hearsay |
| 276 | 12/17/2012 | Email Picarella to Jenner and Brady | Picarella001159 | Authenticity; Best evidence; Completeness; Relevance; Hearsay |
| 277 | 1/25/2013 | Email Picarella to Jenner | Picarella001203-1204 | Authenticity; Best evidence; Completeness; Relevance; Hearsay |
| 278 | 1/29/2013 | Email Picarella to Jenner | Picarella001215-1218 | Authenticity; Best evidence; Completeness; Relevance; Hearsay |
| 279 | 3/6/2013 | Cancelled: Weekly Catch-up | Picarella001264 | Authenticity; Best evidence; Completeness; Relevance; Hearsay |
| 280 | 3/7/2013 | Cancelled: Suitability Working Group Meeting | Picarella001265 | Authenticity; Best evidence; Completeness; Relevance; Hearsay |
| 281 | 3/25/2013 | Update: Americas Dispensation Review Committee (DRC) weekly | Picarella001279 | Authenticity; Best evidence; Completeness; Relevance; Hearsay |
| 282 | 4/9/2013 | GM Business Case Prioritization Meeting | Picarella001286 | Authenticity; Best evidence; Completeness; Relevance; Hearsay |
| 283 | 4/12/2013 | Email Picarella to Brady | Picarella001297-1298 | Authenticity; Best evidence; Completeness; Relevance; Hearsay |
| 284 | 4/17/2013 | Email Picarella to Jenner | Picarella001300-1302 | Authenticity; Best evidence; Completeness; Relevance; Hearsay |

| Pl. Ex. # | Date | Description | Bates Number | Objection |
|---|---|---|---|---|
| 285 | 4/22/2013 | Email Jenner to Picarella | Picarella001309-1310 | Authenticity; Best evidence; Completeness; Relevance; Hearsay |
| 286 | 4/24/2013 | Email Picarella to Bilbrey | Picarella001330 | Authenticity; Best evidence; Completeness; Relevance; Hearsay |
| 287 | 4/24/2013 | Email Picarella to Picarella | Picarella001331 | Authenticity; Best evidence; Completeness; Hearsay |
| 288 | 5/1/2013 | Cancelled: year end discussion | Picarella001393 | Authenticity; Best evidence; Completeness; Relevance; Hearsay |
| 289 | 5/6/2013 | Email Jenner to White | Picarella001436-1437 | Authenticity; Best evidence; Completeness; Relevance; Hearsay |
| 290 | 8/7/2013 | Email Picarella to Karam | Picarella001501-1503 | Authenticity; Best evidence; Completeness; Hearsay |
| 291 | 8/8/2013 | Email Karam to Picarella | Picarella001504 | Authenticity; Best evidence; Completeness |
| 292 | 10/31/2013 | Email Picarella to Bilbrey | Picarella001635 | Authenticity; Best evidence; Completeness; Hearsay |
| 293 | 12/11/2013 | Email Picarella to Pizzimbono | Picarella001652-1654 | Authenticity; Best evidence; Completeness; Relevance; Hearsay |
| 294 | 12/11/2013 | Email Picarella to Pizzimbono | Picarella001666-1667 | Authenticity; Best evidence; Completeness; Relevance; Hearsay |
| 295 | 12/20/2013 | Email Picarella to Karam | Picarella001679-1681 | Authenticity; Best evidence; Completeness; Relevance; Hearsay |

| Pl. Ex. # | Date | Description | Bates Number | Objection |
|---|---|---|---|---|
| 296 | 12/20/2013 | Email Karam to Picarella | Picarella001686-1687 | Authenticity; Best evidence; Completeness; Hearsay |
| 297 | 1/8/2014 | Email Karam to Picarella | Picarella001694-1695 | Authenticity; Best evidence; Completeness; Hearsay |
| 298 | 1/8/2014 | Email Picarella to Bilbrey | Picarella001707-1708 | Authenticity; Best evidence; Completeness; Hearsay |
| 299 | | Michael Picarella's Resume | Picarella000686-687 | Hearsay |
| 300 | | Composite, Mitigation Documents | Picarella007082-9070 | Authenticity; Compound; Hearsay; Foundation |
| 301 | | Mitigation Log | Picarella009071-9086 | Foundation; Hearsay; Best evidence |
| 302 | 4/22/2014 | HSBC Anti-Retaliation Policy | HSBCPIC-RIST00000005-7 | |
| 303 | | HSBC Anti-Harassment Policy | HSBCPIC-RIST00000008-12 | |
| 304 | 4/13/2011 | Picarella Offer Letter | HSBCPIC00000031-34 | |
| 305 | | Off-Track Assessment | HSBCPIC000051938 | |
| 306 | 12/18/2012 | Email Jenner to Morgan, White, Murr. | HSBCPIC00003371-3375 | |
| 307 | 1/24/2012 | Sametime Murray and Picarella | HSBC-ST00003745 | |
| 308 | 6/27/2013 | Picarella EEOC Charge | HSBCPIC00000311-324 | |
| 309 | 12/12/2014 | NY Post: "The Bank is closed for HSBC sex-harass accuser" | | |

| 310 | 1/3/2015 | NY Post: "HSBC banker chatted about 'favor' for a client's son" | | |
| 311 | 11/15/2011 | Email Doe to Carlone | HSBCDLTDOC-00012424-12426 | |
| 312 | 12/18/2012 | Email Picarella to White | HSBCPIC00002962-2968 | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of December, 2016, I electronically filed the foregoing Amended List of Exhibits with the Clerk of the Court using the CM/ECF system that will automatically send email notification of such filing to all counsel of record.

    /s Asa F. Smith  
    Asa F. Smith