USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-15-16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MICHAEL PICARELLA,

                Plaintiff,

v.

HSBC Securities (USA) Inc.,

                Defendant.

------------------------------------------------------------x

Civil Action No. 1:14-cv-4463-ALC

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

By letter dated December 12, 2016, Plaintiff withdraws his claim under the New York State Human Rights Law. Accordingly, this claim has been removed from the jury's consideration and will not be presented to the jury.

**SO ORDERED.**

Dated: December 14, 2016
      New York, New York

                                         ANDREW L. CARTER, JR.
                                         **United States District Judge**