USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _1-4-17_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Michael Picarella,

         **Plaintiff,**

  -against-

HSBC (USA) Securities, Inc.,

         **Defendant.**

-----------------------------------------------------------x

1:14-cv-4463

ORDER OF JUDGMENT

**ANDREW L. CARTER, JR., United States District Judge:**

  WHEREAS, a jury trial was held in the above-captioned action before the Hon. Andrew L. Carter, Jr., United States District Judge, commencing on December 5, 2016 and lasting eight days; and

  WHEREAS, after due deliberation, the jury returned with verdicts in favor of Defendant, it is hereby

  **ORDERED, ADJUDGED, and DECREED** that Plaintiff take nothing against Defendant and that judgment be, and it hereby is, entered in favor of Defendant. It is further **ORDERED** that this action be, and it hereby is, dismissed with prejudice and struck from the docket.

  The Clerk of Court is directed to forward copies of this judgment order to all counsel of record.

**SO ORDERED.**

Dated: January 4, 2017
   New York, New York

                 **ANDREW L. CARTER, JR.**
                 **United States District Judge**