```
         GCF9PICF

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x

3    MICHAEL PICARELLA,

4                    Plaintiff,

5              v.                          14 CV 4463 (ALC)

6    HSBC (USA) SECURITIES, INC.,

7                    Defendant.

8    ------------------------------x
                                           New York, N.Y.
9                                          December 15, 2016
                                           9:35 a.m.
10
     Before:
11
                         HON. ANDREW L. CARTER,
12
                                           District Judge
13
                              APPEARANCES
14
     LIDDLE & ROBINSON LLP
15        Attorneys for Plaintiff
     BY:  JAMES R. HUBBARD
16        BLAINE H. BORTNICK
          ASA F. SMITH
17        CHRISTINE PALMIERI

18   BOIES, SCHILLER & FLEXNER LLP
          Attorneys for Defendant
19   BY:  RANDALL W. JACKSON
          DAVID L. SIMONS
20        NICHOLAS STANDISH

21   GIBSON, DUNN & CRUTCHER LLP
          Attorneys for Defendant
22   BY:  GABRIELLE F. LEVIN

23

24

25
```

1   (In open court; jury not present)

2   THE COURT:  So, counsel, we're waiting for all of the
3   jurors to arrive.  Again, as we indicated yesterday, they're
4   not going to come in here into the courtroom.  When they arrive
5   in the jury room they'll resume their deliberations.

6   Are we all set to send those documents in now, the PX
7   and the DX documents, all those are together?

8   MR. HUBBARD:  Yes, your Honor.  We delivered them to
9   Ms. Hunter.

10   MR. JACKSON:  So they are right there on
11   Ms. Hunter-Hicks' desk.

12   THE COURT:  It seems to me that we'll wait for all the
13   jurors to arrive and then my deputy will hand that to the CSO
14   and he'll send that in.  Any objection to that from either
15   side?

16   MR. HUBBARD:  No, your Honor.

17   MR. JACKSON:  No, your Honor.

18   THE COURT:  I don't think there's anything else we
19   need to discuss.  As we discussed earlier, just make sure that
20   you -- that my deputy has your cellphone information in case we
21   need to contact you.

22   I plan to take a lunch break between 1 and 2, if the
23   jury is still working at that time, so counsel can get a lunch.
24   And obviously if the jury has any notes during that time
25   they'll have to wait until afterwards for us to deal with them.

GCF9PICF

1    But I don't plan on telling the jury that we're taking a lunch
2    break.  Any objection to that?  Any objection to that?
3              MR. HUBBARD:  No, your Honor.
4              MR. JACKSON:  No.  Thank you, Judge.
5              THE COURT:  So let's just have counsel just wait
6    around so we can make sure all the jurors get here and send
7    that stuff in.
8              MR. BORTNICK:  One question, your Honor.  Yesterday
9    the second note that the jurors sent just about wanting, about
10   timing, departure.  I don't know if your Honor made that a
11   court exhibit or not as you did the first note.  Because if you
12   made it a court exhibit I guess it would be Court Exhibit 4 and
13   we just don't have a copy of that.
14             THE COURT:  I think that's Court Exhibit 5.  Court
15   Exhibit 1 is the jury instructions.  Court Exhibit 2 is the
16   verdict sheet.  Court Exhibit 3 was the jury's first note
17   requesting those documents.  Court Exhibit 4 was our note that
18   went back into the jury telling them that we're going to give
19   that to them.  And that was Court Exhibit 5.
20             MR. BORTNICK:  So we need four and five.  We never
21   received a copy of those.
22             THE COURT:  Well four is what we handwrote here in
23   court and showed to counsel.  That already went in to the jury.
24             MR. BORTNICK:  That's fine.  I just want -- that's
25   fine.

GCF9PICF

1  THE COURT: I don't want to really go and retrieve
2  that from them to make a copy of that. We'll make a copy of
3  five.
4  MR. BORTNICK: Just for the file. That's all.
5  THE COURT: Anything else from either side?
6  MR. HUBBARD: Not from the plaintiff, your Honor.
7  MR. JACKSON: No, your Honor. Thank you.
8  THE COURT: So we'll just hang out, make sure all the
9  jurors get here, and then we'll send that in. Okay. Thanks.
10  (Recess pending verdict)
11  THE COURT: Put some things on the record here for
12  counsel.
13  So the jurors are all here. We're going to send all
14  of these exhibits in, the DXs and the PXs that counsel have
15  agreed upon.
16  We were able to get from the CSO a copy of Court
17  Exhibit 4 or get Court Exhibit 4. We've made copies for
18  counsel. Counsel should have a copy of that. And you should
19  have or you will have soon copies of Court Exhibit 5. You do
20  have copies of Court Exhibit 5 as well I believe; is that
21  correct?
22  MR. JACKSON: Yes, your Honor.
23  THE COURT: So we will send this in to the jury. Is
24  there anything else we need to take up?
25  MR. JACKSON: No. Thank you, your Honor.

GCF9PICF

1     THE COURT:  That's going in.  I'll see you later.
2     MR. HUBBARD:  Thank you, Judge.
3     (Recess pending verdict)
4     THE COURT:  So, we've received a note marked today
5  December 15, 2016 at 10:15 a.m.  It reads as follows.  This is
6  Court Exhibit 6.
7     Dear Judge Carter:  We, the jury, have arrived at a
8  verdict.  Signed, Juror No. 1.
9     My intention is to bring the jury out and have them
10 announce their verdict, which my intention is to, once they've
11 announced -- once the foreperson announces the verdict -- first
12 they'll come out and we'll ask them if, in fact, they have
13 arrived at a verdict.  And we'll ask the foreperson to stand
14 for that.
15    I'll ask the foreperson to hand my deputy a copy of
16 the verdict so I can inspect it for irregularity, hand it back
17 to my deputy, who will give it to the foreperson.
18    I will ask the foreperson to read the questions and
19 their answers to those questions.
20    Then I intend to poll all the jurors after that.
21    Following that it would be my intention to ask the
22 jury to remain here for a moment.  Go into the robing room and
23 decide whether or not -- what counsel's positions are in terms
24 of any need for any sort of special interrogatories and things
25 like that before we let the jurors go.  How does that sound to

1    the plaintiff?
2             MR. HUBBARD:  Sounds fine, your Honor.
3             THE COURT:  How does that sound to the defendant?
4             MR. JACKSON:  Yes, your Honor.  Thank you.
5             THE COURT:  Okay.  Just one moment.
6             We're going to go ahead and bring the jury in.
7             This should go without saying.  Whatever the verdict
8    is counsel and the parties should not have any outbreaks or
9    anything like that.
10            (The jury returned to the courtroom with a verdict;
11   time noted:  10:40 a.m.)
12            THE COURT:  Good morning.  Please be seated.  Welcome
13   back.  We received your most recent note dated December 15,
14   2016, 10:15 a.m.  It's Court Exhibit 6.  It reads as follows.
15            Dear Judge Carter:  We, the jury, have arrived at a
16   verdict.  Signed, Juror No. 1.
17            So what we're going to do is I will ask juror one, the
18   foreperson, to please hand my deputy the verdict so I may
19   inspect it first.
20            I'm going to hand this back to my deputy who will hand
21   this back to the foreperson.  And here's what we're going to
22   do.  I will ask the foreperson to rise in just a moment and we
23   will have you announce the verdict.  And that means you will
24   take the microphone.  You'll read the questions and you will
25   read the jury's answers to those questions.  It's important

1  that all of the jurors listen closely because after this is
2  announced I will poll each and every one of you and I will ask
3  you if this is, in fact, your verdict.  Okay.  So go ahead
4  foreperson.
5           JUROR:  Judge Carter.
6           Question No. 1.  Has the plaintiff proved by a
7  preponderance of the evidence that he engaged in protected
8  activity under Title VII of the Civil Rights Act?  Yes.
9           Question No. 2.  Has plaintiff proved by a
10 preponderance of the evidence that the defendant was aware of
11 the plaintiff's participation in the protected activity prior
12 to taking some adverse employment action against him?  Yes.
13          Has the plaintiff proved by a preponderance of the
14 evidence that the defendant took a material adverse employment
15 action against him?  Yes.
16          Has the plaintiff proved by a preponderance of the
17 evidence that the defendant took the adverse employment action
18 against him because of his protected activity in violation of
19 Title VII?  No.
20          New York City Human Rights Law.  Has the plaintiff
21 proved by a preponderance of the evidence that he engaged in
22 protected activity under the New York City Human Rights Law?
23 Yes.
24          Has the plaintiff proved by a preponderance of the
25 evidence that the defendant knew of the plaintiff's

1   participation in protected activity prior to taking some
2   adverse employment action against him?  Yes.
3              Has the plaintiff proved by a preponderance of the
4   evidence that the defendant took an adverse employment action
5   against him?  Yes.
6              Has the plaintiff proved by a preponderance of the
7   evidence that the plaintiff's protected activity was a
8   motivating factor in the defendant's decision to take the
9   adverse employment action in violation of the New York City
10  Human Rights Law?  No.
11             (Jury polled; each juror answered in the affirmative)
12             THE COURT:  Just hold on for just one moment.  I'm
13  going to see counsel in the robing room.  We'll be right out.
14             (In the robing room)
15             THE COURT:  So that's the verdict.  It doesn't appear
16  to me that there's any need for any special interrogatories.
17  What's plaintiff's position on that?
18             MR. HUBBARD:  I don't think so, your Honor.
19             THE COURT:  Defendants.
20             MR. JACKSON:  No.  We don't think so.  Thank you,
21  Judge.
22             THE COURT:  So my intention now is to thank the jury
23  for their service and let them go.
24             Is there anything else that counsel would like me to
25  say to the jurors?  Perhaps I can say to the jury -- I can say

1  to the jury that they're free to now discuss the case with
2  anyone if they wish but they are not required to.  Perhaps
3  that's something I should say.  Counsel have any views on that?
4          MR. HUBBARD:  I think that's fine, your Honor.  Just
5  one other thing.
6          THE COURT:  Yes.
7          MR. HUBBARD:  Thank you and your staff for the hard
8  work the last two weeks.
9          THE COURT:  That's fine.
10         MR. HUBBARD:  Thank you so much.
11         MR. JACKSON:  Yes, your Honor.  We think that would be
12 an appropriate instruction.  And we echo Mr. Hubbard's thanks
13 to the court and the staff and the court reporter.
14         We would also ask your Honor if -- since we may not
15 get an opportunity to speak with them, if the Court is thanking
16 them, if you could also pass along that the parties have also
17 asked the Court say that they appreciate the jurors' service.
18         THE COURT:  I'll certainly say that unless you object.
19 Thank you.  We'll do that.
20         (In open court)
21         THE COURT:  On behalf of the Court, all of the judges
22 in the Southern District of New York, both parties, and all
23 counsel, I want to thank you for your jury service.  I want to
24 thank you for the close attention that you've paid to this
25 case.  And I hope that you have a pleasant rest of 2016.

GCF9PICF

1    I'll also let you know that now, if you wish, you are
2 free to discuss this case with anyone you like, but you are not
3 required to.  All right.  So have a pleasant day.  Thank you.
4            (Jury excused)
5            THE COURT:  Anything else from counsel?
6            MR. HUBBARD:  Not from the plaintiff, your Honor.
7            THE COURT:  Anything else from the defendants?
8            MR. JACKSON:  No, your Honor.  Thank you.
9            THE COURT:  Okay.  Have a good day.
10           MR. JACKSON:  Thanks, Judge.
11           (Adjourned)