USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/27/2017

GIBSON DUNN

MEMO ENDORSED

Tel 212.351.4000
www.gibsondunn.com

Gabrielle Levin
Direct: +1 212.351.3901
Fax: +1 212.351.5301
GLevin@gibsondunn.com

December 22, 2017

VIA ECF

The Honorable Andrew L. Carter, Jr.
United States District Judge
United States District Court
  for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 435
New York, NY 10007

Re: Michael Picarella v. HSBC Securities (USA) Inc., No. 14-CV-4463 (ALC) (AJP)

Dear Judge Carter:

I represent defendant HSBC Securities (USA) Inc. ("HSBC") in the above-referenced case. HSBC respectfully requests an extension of the deadline for filing its opposition to Plaintiff Michael Picarella's motion for relief from a judgment or order. Motion, Dkt No. 214 (Dec. 15, 2017). HSBC notes that Mr. Picarella already filed an appeal of the same verdict and judgment from which he now seeks relief pursuant to Federal Rule of Civil Procedure 60. Notice of Appeal, Dkt No. 207 (Jan. 25, 2017); *Picarella v. HSBC Secs. (USA) Inc.*, No. 17-262 (2d Cir. 2017). As a result, this Court is without jurisdiction to grant Mr. Picarella's motion. HSBC nonetheless intends to file an opposition to Mr. Picarella's motion on the grounds that it is untimely and without merit.

Pursuant to the Southern District of New York's Local Rule 6.1(b), HSBC's opposition is due December 29, 2017. HSBC respectfully requests an extension of this deadline to January 31, 2018. The Court has not previously granted any requests of this deadline. Mr. Picarella states that he does not consent to an extension of this length. This extension will not affect other deadlines in this matter.

Thank you for your consideration.

Sincerely,

/s/ Gabrielle Levin

Gabrielle Levin

cc: Michael Picarella (via U.S. Mail)

**DEFENDANT'S REQUEST IS GRANTED.**

**SO ORDERED.**

/s/ Andrew L. Carter

12/27/2017

Beijing · Brussels · Century City · Dallas · Denver · Dubai · Hong Kong · London · Los Angeles · Munich
New York · Orange County · Palo Alto · Paris · San Francisco · São Paulo · Singapore · Washington, D.C.